# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA CORTES, et al., | Case No.: 1:18-cv-0909 - LJO- JLT |
| Plaintiffs, | ORDER DIRECTING GUSTAVO CORTES TO FILE A MOTION TO PROCEED AS GUARDIAN AD LITEM FOR ANGELICA CORTES |
| v. | |
| KERN COUNTY SUPERINTENDENT OF SCHOOLS | |
| Defendant. | |

In the complaint filed in this action, Gustavo Cotes indicated that he is the father of Angelica Cortes and would be proceeding as her guardian in this action. (*See* Doc. 1 at 4) Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)).

Though the complaint indicates that Angelica Cortes is incompetent and a guardian is necessary, no motion for appointment of a guardian ad litem was filed. Significantly, "[a] guardian ad litem may be appointed for an incompetent adult only (1) if he or she consents to the appointment or (2) upon notice and hearing." *A.A. v. Clovis Unified Sch. Dist.*, 2018 U.S. Dist. LEXIS 36580, at *6

(E.D. Cal. Mar. 5, 2018) (citation omitted) Because the claims of Angelica Cortes may only be brought "by a next friend or a guardian ad litem," a guardian must be appointed to protect her interests. *See* Fed. R. Civ. P. 17(c)(2).

Accordingly, the Court **ORDERS**: Plaintiffs **SHALL** file a motion for Mr. Cortes to be appointed as guardian ad litem for Angelica Cortes no later than **July 20, 2018**.

IT IS SO ORDERED.

Dated: **July 9, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE