# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA CORTES, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>KERN COUNTY SUPERINTENDENT OF SCHOOLS,<br><br>    Defendant. | Case No.: 1:18-cv-0909- LJO - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(Doc. 2) |

Angelica Cortes and Gustavo Cortes initiated this action by filing a complaint and motion to proceed *in forma pauperis* on July 7, 2015. (Docs. 1, 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the motion and finds Plaintiffs satisfy the requirements of 28 U.S.C. § 1915(a). Accordingly, the Court **ORDERS**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**;
2. The Clerk of Court is DIRECTED to issue summons as to the defendant;
3. The Clerk of Court is DIRECTED to issue and serve Plaintiffs with New Civil Case Documents, including the Order regarding Consent, the Consent Form, and USM-285 Forms; and

4. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiffs in the USM Forms.

IT IS SO ORDERED.

Dated: __**July 9, 2018**__         __**/s/ Jennifer L. Thurston**__
                                                             UNITED STATES MAGISTRATE JUDGE