# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA CORTES, et al., | Case No.: 1:18-cv-00909-LJO-JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | |
| KERN COUNTY SUPERINTENDENT OF SCHOOLS, | |
| Defendant. | |

On August 1, 2019, the Court was notified that the matter has settled. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than August 30, 2019**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **August 2, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE